**F. H. ORCUTT & SON CO. et al. v. NATIONAL TRUST & CREDIT CO.**

(Circuit Court of Appeals, Seventh Circuit. February 11, 1920.)

No. 2785.

Appeal and error ⊜1097(1)—Decision of appellate court is law of case on subsequent appeal.

A decree entered pursuant to a decision of the appellate court will not be reviewed by that court, as former decision is law of the case.

Appeal from the District Court of the United States for the Eastern Division of the Northern District of Illinois.

Suit by the National Trust & Credit Company against the F. H. Orcutt & Son Company, David D. Miller, and William A Maurer, trustee. From the decree, defendants appeal. Affirmed.

Certiorari denied 252 U. S. ——, 40 Sup. Ct. 584, 64 L. Ed. ——.

Wm. S. Oppenheim, of Chicago, Ill., for appellants.
Donald J. De Wolfe, of Chicago, Ill., for appellee.

Before BAKER, ALSCHULER, and EVANS, Circuit Judges.

PER CURIAM. This appeal presents a decree which was rendered in the District Court in pursuance of the directions of this court in a prior appeal in the same case. The former decision (259 Fed. 830, 177 C. C. A. 630) is the law of the case, so far as this court is concerned, and the decree is therefore affirmed.